IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40474
Summary Calendar
_____

UNITED STATES OF AMERICA

             Plaintiff - Appellee

   v.

TROY ALONZO ARDOIN

             Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CR-146-ALL
--------------------
September 9, 2002

Before KING, Chief Judge, and WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Troy
Alonzo Ardoin has requested leave to withdraw as counsel and has
filed a brief in accordance with Anders v. California, 386 U.S.
738 (1967).  Ardoin has received a copy of counsel's motion and
brief and has not filed a response.  Our independent review of
the brief and the record discloses no nonfrivolous issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities, and the appeal
is DISMISSED.  See 5TH CIR. R. 42.2.

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.